FRANK E. AHEARN, TRUSTEE, ET AL. *v.* INLAND
WETLANDS AGENCY-CONSERVATION COMMISSION
OF THE TOWN OF SOUTH WINDSOR ET AL.

The plaintiffs' petition for certification for appeal
from the Appellate Court, 34 Conn. App. 385 (AC
11996), is denied.

*Frank E. Ahearn,* pro se, in support of the petition.

*John F. Sullivan,* in opposition.

Decided July 14, 1994

WILLIAM JENKS *v.* JANE JENKS

The defendant's petition for certification for appeal
from the Appellate Court, 34 Conn. App. 462 (AC
12017), is granted, limited to the following issue:

"Did the Appellate Court improperly conclude that
the trial court abused its discretion in granting the
defendant's motion to open a stipulated dissolution
decree on the ground that the stipulated judgment had
been entered into under durress?"

The Supreme Court docket number is SC 14964.

*Steven H. Levy,* in support of the petition.

*Charles F. Brower,* in opposition.

Decided July 14, 1994